1 | MCGUIREWOODS LLP
SUSAN L. GERMAISE (SBN 176595)
2 | JOCELYN R. CUTTINO (SBN 252393)
1800 Century Park East, 8th Floor
3 | Los Angeles, California 90067
Telephone: 310.315.8200
4 | Facsimile: 310.315.8210
sgermaise@mcguirewoods.com
5 | jcuttino@mcguirewoods.com

6 | Attorneys for Defendant GNC Corporation

7 |

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 |

11 | JAMES GRAY, individually, and on behalf of all others similarly situated,

CASE NO. SACV10-01434 AG (JCx)

12 | Plaintiff,

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT**

13 |

vs.

**FOR THE CENTRAL DISTRICT OF CALIFORNIA PURSUANT TO 28**

14 | GNC Corporation; and DOES 1-10, inclusive,

**U.S.C. § 1441 (DIVERSITY JURISDICTION)**

15 |

16 | Defendants.

(Removed from Orange County Superior Court, Case No. 30-2010-00401159-CU-MT-CXC)

17 |

18 |

19 | TO THE CLERK OF THE COURT:

20 | PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1332, 1367,

21 | 1441 and 1446, Defendant GNC Corporation ("GNC"), by and through counsel,

22 | removes to this Court the action described below:

23 | **The Original State Court Action**

24 | 1. On August 18, 2010, Plaintiff James Gray ("Plaintiff") filed a summons

25 | and complaint in the Superior Court of the State of California, County of Orange

26 | ("Complaint"), entitled JAMES GRAY, individually, and on behalf of all others

27 | similarly situated, v. GNC Corporation; and DOES 1-10, inclusive, Case No. 30-

28 | 2010-00401159-CU-MT-CXC.

17779202.1

2. On August 24, 2010, GNC received the Summons, Complaint and Alternative Dispute Resolution Information Package in this action, true and correct copies of which are attached hereto collectively as Exhibit "A." GNC has not received or been served with any pleadings in this matter other than the foregoing documents.

3. On September 22, 2010, GNC filed an Answer to Unverified Complaint in the State Court action, a true and correct copy of which is attached hereto as Exhibit "B." Together with Exhibits "A" and "B," the following documents constitute the complete State Court File:

Exhibit C:   Civil Case Cover Sheet

Exhibit D:   Proof of Service Summons & Complaint

Exhibit E:   Minutes of Chambers Work 9/10/10

Exhibit F:   Notice to State Court of Filing of Notice of Removal

Exhibit G:   Notice to Plaintiff of Filing of Notice of Removal

4. This Notice of Removal is being filed within 30 days of receipt of the Complaint by GNC in accordance with 28 U.S.C. § 1446(b).

**Diversity Jurisdiction and Amount in Controversy**

5. Plaintiff alleges in paragraph 3 of his Complaint that he is a resident of California. While Plaintiff does not allege that he is a citizen of the State of California, GNC is informed and believes and thereon alleges that Plaintiff is a citizen of the State of California.

6. GNC was, at the time of filing this action, and still is a corporation incorporated under the laws of the State of Pennsylvania, having its principal place of business and headquarters in the State of Pennsylvania. Accordingly, Plaintiff alleges in paragraph 4 of his Complaint that GNC is a Pennsylvania Corporation with its principal place of business in the state of Pennsylvania. GNC is not a citizen of the state in which this action is pending.

7. The only other defendants named in Plaintiff's Complaint are fictitious

1  parties identified as "Does 1 to 10," whose citizenship shall be disregarded for the
2  purpose of removal. 28 U.S.C. § 1441(a). Accordingly, there are no other named
3  defendants to join GNC in this Notice of Removal.

4      8.    The amount in controversy for jurisdictional purposes is determined by
5  the amount of damages that is the subject of the action. See Hunt v. Washington
6  State Apple Advertising Comm'n, 432 U.S. 333, 347-48 (1977). The amount in
7  controversy may include general and special compensatory damages and attorney's
8  fees which are recoverable by statute. Galt G/S v. JSS Scandinavia, 142 F.3d 1150,
9  1155-56 (9th Cir. 1998).

10      9.    Plaintiff's prayer for relief (Complaint, p. 7) seeks disgorgement of the
11  purchase price paid to GNC for the product at issue. Paragraph 13 of the Complaint
12  alleges that the purchase price for the product is $20.99. Paragraph 19 of the
13  Complaint alleges that the total number of class members is approximately 10,000
14  members. Based upon the allegations in Plaintiff's Complaint, the amount in
15  controversy exceeds $75,000.00, as it is alleged in the Complaint at paragraphs 13
16  and 19 that economic damages are in excess of $209,900.00.

17  **Removal Jurisdiction**

18      10.    This action may be removed to this Court by GNC pursuant to the
19  provisions of 28 U.S.C. § 1441(b) and 1446(b) because the action is between
20  citizens of different states and the amount in controversy exceeds the sum of
21  $75,000.00, exclusive of interest and costs.

22      11.    GNC's Notice of Removal is timely. The Notice of Removal is filed
23  within one year from the commencement of the State Court action on August 18,
24  2010. See 28 U.S.C. § 1446(b). Additionally, GNC's Notice of Removal is filed
25  within 30 days of August 24, 2010, the date on which GNC received the Complaint.
26  See 28 U.S.C. § 1446(b).

27      12.    For the foregoing reasons, this Court has original jurisdiction under 28
28  U.S.C. §§ 1332, 1441(b) and 1446(b).

1        13.    Venue lies in the United States District Court for the Central District of

2   California pursuant to 28 U.S.C. § 1391(a) and 1441(a) and because the state court

3   action was filed in this District and this is the judicial district in which the action

4   arose.

5        WHEREFORE, Defendant GNC Corporation prays that the above action now

6   pending in the Superior Court of California, County of Orange be removed to this

7   Court.

8

9   DATED: September 22, 2010     MCGUIREWOODS LLP

10

11        By:  _____

12        Susan L. Germaise

13        Jocelyn R. Cuttino
     Attorneys for Defendant GNC Corporation

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

*8/24/10*
*12:10 P4*

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

GNC Corporation; and DOES 1-10, Inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTA DEMANDANDO EL DEMANDANTE):*

JAMES GRAY, individually, and on behalf of all others similarly
situated,

---

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**ELECTRONICALLY
FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CIVIL COMPLEX CENTER

**Aug 18 2010**

ALAN CARLSON, Clerk of the Court
by M. DEMARIA

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: <br> *(El nombre y dirección de la corte es):* Orange County Superior Court Complex <br><br> 751 West Santa Ana Blvd. <br> Santa Ana, CA 92701 | **CASE NUMBER:** *(Número del Caso):* <br> 30-2010-00401159 |
|---|---|

HON. GAIL A. ANDLER

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Newport Trial Group, 610 Newport Center Dr., #700, Newport Beach, CA 92660 (949) 706-6464

| DATE: *(Fecha)* 08/18/2010 ALAN CARLSON | Clerk, by *(Secretario)* MARGARET DEMARIA | , Deputy *(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☑ on behalf of *(specify):* GNC Corporation

   under: ☑ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership)     ☐ CCP 416.90 (authorized person)
           ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[SEAL] SUPERIOR COURT OF CALIFORNIA COUNTY OF ORANGE

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

1　NEWPORT TRIAL GROUP
　　A Professional Corporation
2　Scott J. Ferrell, Bar No. 202091
　　Michael E. Velarde, Bar No. 266272
3　David W. Reid, Bar No. 267382
　　610 Newport Center Drive, Suite 700
4　Newport Beach, CA 92660
　　Tel: (949) 706-6464
5　Fax: (949) 706-6469

6　Attorneys for Plaintiff and the Class

ELECTRONICALLY FILED
Superior Court of California,
County of Orange
08/18/2010 at 09:17:31 AM
Clerk of the Superior Court
By Margaret M Demaria,Deputy Clerk

7

8　　　　SUPERIOR COURT OF THE STATE OF CALIFORNIA

9　　　　　　FOR THE COUNTY OF ORANGE

10

11　JAMES GRAY, individually, and on behalf of all
　　others similarly situated,

12　　　　　　Plaintiff,

13　　　　vs.

14　GNC Corporation; and DOES 1-10, Inclusive,

15　　　　　　Defendants.

16

17

Case No.　30-2010-00401159-CU-MT-CXC

**CLASS ACTION COMPLAINT**

**JURY TRIAL DEMANDED**

HON. GAIL A. ANDLER
DEPT CX102

18　　　　　　**I.　INTRODUCTION**

19　　　　1.　GNC is hiding a dangerous secret that they don't want you to know: the GNC Yohimbe

20　451 diet supplement just might kill you. It contains a potentially lethal, toxic ingredient that can cause

21　renal failure, seizures, weakness and nervous stimulation followed by paralysis, fatigue, stomach

22　disorders, and death. Even though the Food and Drug Administration ("FDA") has twice warned that

23　Yohimbe consumption is potentially lethal, Defendants continue to profit from the sale of Yohimbe

24　451 without providing consumer warnings.

25　　　　2.　This case is not about money for the plaintiff; he simply wants Defendants to stop

26　poisoning the public and give consumers their money back.

27　///

28　///

- 1 -

## II. THE PARTIES

A. **Plaintiff.**

3. Plaintiff James Gray ("Plaintiff") is a resident of California who has purchased "GNC Yohimbe 451" ("Yohimbe") in January 2010 at GNC.

B. **The Defendants.**

4. Defendant GNC Corporation ("GNC") is a Pennsylvania Corporation with its principal place of business in the state of Pennsylvania that does business in California.

5. Plaintiff does not know the true names or capacities of the persons or entities sued herein as DOES 1 to 10, inclusive, and therefore sues such defendants by such fictitious names. Plaintiff is informed and believes and thereon alleges that each of the DOE defendants is in some manner legally responsible for the damages suffered by Plaintiff and the members of the class as alleged herein. Plaintiff will amend this Complaint to set forth the true names and capacities of these defendants when they have been ascertained, along with appropriate charging allegations, as may be necessary.

## III. JURISDICTION AND VENUE

6. This Court has jurisdiction over all causes of action asserted herein pursuant to the California Constitution.

7. Venue is proper in this Court because Defendants have received substantial compensation from sales in this County. Specifically, each Defendant does business in this County, knowingly engages in activities directed at consumers in this County, and each Defendant obtains substantial benefits from the Defendants' common scheme perpetrated in this County. As such, a substantial portion of plaintiff's claims arise in this County.

8. Defendants and other out-of-state participants can be brought before this Court pursuant to California's "long-arm" jurisdictional statute.

## IV. FACTS

9. Defendants advertise that Yohimbe 451 is a "standardized herbal formula for men." Yohimbe has traditionally been used for "enhanced male performance" which is a euphemism for treating erectile dysfunction. The following picture is an accurate graphical depiction of the packaging of Yohimbe 451:

CLASS ACTION COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13



14
15      10.     According to Defendants, Yohimbe 451 "packs 451 mg of pure Yohimbe Bark extract
16  into each capsule." Defendants further instruct consumers to "take one capsule daily at least one hour
17  before activity." (*See* Exhibit 1.)  Unfortunately, that is all the instruction that Defendants provide the
18  unwitting consumer.  Defendants do not warn consumers of the potentially lethal effects of Yohimbe
19  consumption.

        11.     Yohimbe consumption is dangerous and potentially lethal.  A recent list, made available
20  by an FDA investigation, identifies supplement ingredients that have been linked by clinical research
21  or case reports to serious adverse events, such as cancer, coma, heart problems, kidney damage, liver
22  damage, or death.  The FDA prominently features Yohimbe on that list.  (*See* Exhibit 2.)  Clearly
23  Defendants' desire to gain their share of the $26.7 billion dollar dietary supplement market outweighs
24  their concern for the health and public welfare of the consumer.  This callous disregard for consumer
25  health is inexcusable.

26      12.     Despicably, the dangers of Yohimbe consumption are not new to Defendants.  The
27  FDA warned, **17 years ago**, that "reports of serious adverse events [associated with Yohimbe
28

consumption] were under investigation." (*See* Exhibit 3.)    In a 1993 FDA report, entitled, "Unsubstantiated Claims and Documented Health Hazards in the Dietary Supplement Marketplace," the FDA stated the following:

> *Yohimbe is a tree bark containing a variety of pharmacologically active chemicals. It is marketed in a number of products for body building and "enchanced male performance." **Serious adverse effects, including renal failure, seizures and death, have been reported to FDA with products containing Yohimbe and are currently under investigation.***
>
> *The major identified alkaloid in yohimbe is yohimbine, a chemical that causes vasodilation, thereby lowering blood pressure. Yohimbine is also a prescription drug in the United States. Side effects are well recognized and may include central nervous system stimulation that causes anxiety attacks. At high doses, Yohimbine is a monoamine oxidase (MAO) inhibitor. **MAO inhibitors can cause serious adverse effects when taken concomitantly with tyramine-containing foods (e.g., liver, cheeses, red wine) or with over-the-counter (OTC) products containing phenylpropanolamine, such as nasal decongestants and diet aids. Individuals taking Yohimbe should be warned to rigorously avoid these foods and OTC products because of the increased likelihood of adverse effects.***
>
> *Yohimbe should also be avoided by individuals with hypotension (low blood pressure), diabetes, and heart, liver or kidney disease. Symptoms of overdosage include weakness and nervous stimulation followed by paralysis, fatigue, stomach disorders, and ultimately death.* (*See* Exhibit 4.)

Defendants do not warn Yohimbe 451 consumers of these serious and potentially fatal side effects. Defendants do not instruct consumers to avoid certain foods that increase the likelihood of adverse effects. Defendants merely instruct consumers to take one Yohimbe capsule a day.

13.    Yohimbe is both dangerous in its recommended dosage as well as when taken in high doses. The Natural Medicines Comprehensive Database, an independent research group that evaluates

1    the safety and effectiveness of nutritional supplements, issues the following warning concerning

2    Yohimbe:

3          *Usual doses can cause high blood pressure, rapid heart rate; high doses can cause*

4          *severe low blood pressure, heart problems,* [and] *death.*

5          As well as warning that Yohimbe is,

6          *Unsafe for use without medical supervision because it contains a prescription drug*

7          *Yohimbine.* (*See* Exhibit 3.)

8    Worse yet, the therapeutic index of Yohimbe is quite low, meaning that the range between an effective

9    dose and a dangerous dose is very narrow. Mayo Clinic endocrinologist, Todd B. Nippoldt, M.D.,

10    states that Yohimbe is dangerous when taken in high doses and can "interact with prescription

11    medications and increase heart rate and blood pressure." (*See* Exhibit 5.) Despite these well

12    established dangers, Defendants fail to warn Yohimbe 451 consumers that serious illness and death

13    can result from Yohimbe consumption. Despite knowing these dangers, Defendants continue to sell

14    bottles of Yohimbe 451 to unsuspecting consumers for $20.99 on Defendants' website.

15          14.    Plaintiff purchased Yohimbe in January, 2010 because he wanted to "join the growing

16    group of men who have experienced Yohimbe products." Plaintiff trusted Defendants' claims that

17    Yohimbe had been "used for centuries" and "experienced by millions of men" as indicating that

18    Yohimbe consumption was a safe and effective dietary supplement. Yohimbe 451 did not work as

19    advertised nor did it cause him any male enhancement. As such, it was worthless to him.

20          15.    Unlike Plaintiff, Defendants have known or should have known that the ingredients in

21    Yohimbe are both worthless and harmful since at least 1993, yet actively and fraudulently conspired to

22    conceal those facts from consumers. Specifically, Defendants hold themselves out to the public as

23    nutritional experts stating that,

24          *GNC sets the standard in the nutritional supplement industry by demanding truth in*

25          *labeling, ingredient safety and product potency, all while remining on the cutting-edge*

26          *of nutritional science.* (*See* Exhibit 6.)

27          16.    Plaintiff believes that the amount in controversy exceeds $10,000,000. Plaintiff does

28    not allege bodily injury or violation of any federal law or regulation.

## V.   CLASS ACTION ALLEGATIONS

17.    Plaintiff brings this class action for restitution and injunctive relief on behalf of the following class:

> All persons who purchased Yohimbe in California for personal use at
>
> any time during the applicable statute of limitations period (the "Class").

18.    Excluded from the Class are governmental entities, Defendants, any entity in which defendants have a controlling interest, and Defendants' officers, directors, affiliates, legal representatives, employees, co-conspirators, successors, subsidiaries, and assigns. Also excluded from the Class is any judge, justice, or judicial officer presiding over this matter and the members of their immediate families and judicial staff.

19.    NUMEROSITY: The proposed Class is so numerous that individual joinder of all its members is impracticable. Plaintiff believes that the total number of Class members is approximately 10,000 members and is geographically dispersed across California.

20.    COMMONALITY: There is a well-defined community of interest in the questions of law and fact involved affecting the class and these common questions predominate over any questions that may affect individual Class members. Common questions of fact and law include, but are not limited to, the following:

A.     Did Defendants know of the dangers of Yohimbe at any time they offered Yohimbe 451 for sale to the class?

B.     Did Defendants' conduct constitute an unfair or misleading business practice?

21.    TYPICALITY: Plaintiff's claims are typical of the claims of the members of the Class because all members of the Class purchased Yohimbe, containing the preceding dangerous ingredients, for personal use.

22.    ADEQUACY: Plaintiff will fairly and adequately represent and protect the interests of the Class. Plaintiff has no interests adverse to that of the class and has retained counsel with substantial experience in handling complex class action litigation.

23.    SUPERIORITY: A class action is superior to other available methods for the fair and efficient adjudication of the present controversy. Individual joinder of all members of the class is

impracticable. Even if individual class members had the resources to pursue individual litigation, it would be unduly burdensome to the courts in which the individual litigation would proceed. Furthermore, for many, if not most, a class action is the only feasible mechanism that allows an opportunity for legal redress and justice, and adjudication of individual class members' claims with respect to the Defendants would, as a practical matter, be dispositive of the interests of other members not parties to the adjudication.

## VI.   CAUSE OF ACTION
### VIOLATION OF CALIFORNIA BUSINESS AND PROFESSIONS
### CODE SECTIONS 17200/17500 ET SEQ.
#### (By Plaintiff and Class Against All Defendants)

24.     Plaintiff incorporates by this reference the allegations contained in paragraphs 1 through 23 above as if fully set forth herein.

25.     Plaintiff has suffered injury in fact and has lost money as a result of Defendants' conduct. Specifically, he purchased Yohimbe without knowledge of its dangerous ingredients, used it as directed, and found it worthless to him. He also unwittingly exposed himself to potentially lethal ingredients.

26.     Defendants' failure to disclose the dangers of the preceding ingredients constitutes an unfair, deceptive, and fraudulent business practice.

27.     Plaintiff seeks restitution of the purchase price paid by class members and a narrowly-tailored injunction to prevent the same conduct in connection with the sale of Yohimbe in California.

### PRAYER FOR RELIEF

Wherefore, Plaintiff requests that the Court enter an order or judgment against Defendants as follows:

1.      Certification of the proposed classes and notice paid by Defendants;

2.      Disgorgement of the purchase price paid to Defendants;

3.      An injunction preventing the same future misconduct;

4.      Attorneys' fees and costs; and

///

- 7 -

5.      Other attendant or ancillary relief that this Court deems just and proper.

Dated:  August 18, 2010                    NEWPORT TRIAL GROUP
                                           A Professional Corporation

                                           By:
                                               Scott J. Ferrell

                                           Attorneys for Plaintiff and the Class

- 8 -
CLASS ACTION COMPLAINT

GNC

™

Dietary Supplement
*Standardized Herbal
Support Preparation*

60 CAPSULES

**EXHIBIT 1**

### MEN'S YOHIMBE 451™

Men's Yohimbe 451™ packs 451 mg of pure Yohimbe Bark extract into each capsule. This supplies you with a discrete, one-pill serving of Yohimbe. Used for centuries, Yohimbe has been experienced by millions of men. Join the growing group of men who have experienced Yohimbe products.

General Nutrition Center Men's products feature a complete line of targeted supplements, including our most popular men's multiple vitamin – Mega Men®. Use Yohimbe 451™ in conjunction with many of these great offerings to design your own comprehensive personal nutritional program.

**WARNING:** Not intended for use by those with a medical condition. Use only as directed. Do not exceed recommended daily intake.



CODE 240211                              DAG

DIRECTIONS: As a dietary supplement, take
one capsule daily at least one hour before
activity.

## Supplement Facts

Serving Size: One Capsule

Amount Per Serving

Yohimbe Bark Extract                451 mg *
(Pausinystalia yohimbe)
(2% Yohimbine Alkaloid = 9 mg)

*Daily Value not established.

OTHER INGREDIENTS: Gelatin, Cellulose,
Calcium Carbonate.

No Sugar, No Starch, No Artificial Colors,
No Artificial Flavors, Sodium Free, No Wheat,
No Gluten, No Corn, No Soy, No Dairy,
Yeast Free

Potency verified by GMP procedure #5/424.
Conforms to USP <2091> for weight.
Meets USP <2040> disintegration.

Store in a cool, dry place.
KEEP OUT OF REACH OF CHILDREN

SIZE

For More Information: 1-800-492-4543
Distributed by: Genera Jacklyn Corporation, Plymouth, PA 15222
MADE IN THE USA

### GNC QUALITY COMMITMENT

GNC is the leader in the development and manufacture of dietary supplements, committed to producing the highest quality products available. This commitment begins with quality designed supplement formulations. Every raw material that goes into a GNC supplement is guaranteed as to quality and potency. Each product is dated and then shipped immediately to our stores, so you can be sure you are purchasing the freshest supplements available. At GNC, we extend our quality commitment to you by offering our money-back guarantee.

### GNC GUARANTEE

Use any GNC supplement for as little as 10 days. If you are not 100% completely satisfied, return the unused portion of the product with proof of purchase to your GNC store for a complete refund of your purchase price. No questions asked!





Wednesday, August 18, 2010   Sign In

A boomer's guide to a life
of health, happiness,
passion & purpose.

**TODAY on ThirdAge.com**

**NEWS**

# Dietary Supplements to Avoid - List Mad
# FDA Investigation

By ThirdAge News Staff
Posted August 3, 2010 4:27 PM



Dietary supplements are always a hot topic up for debat
professionals, dieters and naturalists. Today, though, we
investigation on dietary supplements provides us with a
puts some pressure back on the FDA for protecting the I

A new investigation in the September issue of Consume
www.ConsumerReportsHealth.org (http://www.ConsumerRep
government oversight for the bustling $26.7 billion dietar
dozen" list of supplement ingredients that have been lin
serious adverse events (#), such as cancer, coma, hear
damage, liver damage, or death.

Working with experts from the Natural Medicines Compr
research group, Consumer Reports identified 12 supple
events by clinical research or case reports. Other factor:
effectiveness for their purported uses, and the extent to
either alone or in combination products. The dozen are i
silver, coltsfoot, comfrey, country mallow, germanium, greater celandine, kava, lobelia, and yohimbe. Surprisin
has warned about at least eight of these, some as long ago as 1993; those eight supplements include chaparr
germanium, kava, lobelia, and yohimbe. But warnings have not prevented retailers from selling supplements c

More than half of the adult population in the U.S. have taken supplements for a variety of reasons--to stay hea
to improve their performance (#) in the bedroom. What consumers may not realize is that the supplement manu
products without first having to demonstrate that they are safe and effective. The Consumer Reports investigal
use of even the meager authority granted it by the industry- friendly 1994 Dietary Supplement Health and Educ
used its power to ban a supplement ingredient (ephedrine alkaloids) outright.

**EXHIBIT 2**

"Supplements are marketed with very seductive and sometimes overblown sales pitches for increasing your pe or boosting your athletic prowess. And consumers are easily lulled into believing that supplements can do no h some natural ingredients can be hazardous, and on top of that the FDA has repeatedly found hazardous ingre in supplements," said Nancy Metcalf, senior program editor, Consumer Reports.

The report notes that, because of inadequate quality (#) control and inspection, supplements contaminated with drugs have been sold to unsuspecting consumers. The FDA says hidden drugs or steroids have been found in supplements since 2008. As evidence of the agency's inability to properly regulate the supplements industry, C yet to inspect a single (/living-single) supplement factory in China, which has become a major supplier of raw sup

Consumer Reports' investigation also notes that the FDA and Congress have recently taken some action to str passing a long overdue law that went into effect in December 2007 requiring supplement companies to report received 1,359 reports of serious adverse effects from manufacturers and 602 from consumers and health (/hea 2009. Consumer Reports believes that this law is a good step but much more needs to be done to keep consu steps consumers can take to make sure the supplements they use are safe and beneficial.

Consult your doctor or pharmacist. Even helpful products can be harmful, for example, if you're pregnant or nu medication that interacts adversely with the supplement, or are about to undergo elective surgery.

Beware of these categories. Supplements for weight loss, sexual enhancement (#), and bodybuilding have bee contain steroids and prescription drugs.

## Related Articles

School Nutrition Tips: Best Breakfast for First Day of School (/news/school-nutrition-tips-best-breakfast-first-day-scho
Fried Chicken Record Won by KFC During Anniversary Celebration (/news/fried-chicken-record-won-kfc-during-ann
Five Guys Burgers Dethrones In-N-Out as Top Burger (/news/five-guys-burgers-dethrones-n-out-top-burger 8-17-2010
Five Guys Burgers Have the Best in the Nation (/news/five-guys-burgers-have-best-nation 8-16-2010)
Aarti Sequeira is the Next Food Network Star: Aarti's Party Premieres in One Week (/news/aarti-sequeira-next-
16-2010)

**10 Best Weight Loss Pills** ✻
"2010's Best Weight Loss Pills" Free Shipping & 100% Risk-Free!
WeightLossDietPills.com/Weight-Loss

Ads by Google

**1 Tip to Lose Stomach Fat**
Erase Pounds of stomach Fat Obey this 1
weird old diet rule

**2010's Top 10 Diet Pills** ✻
Buy The "Top" Diet Pills Online Now 1
Risk-Free – No RX – Cheap S&H!

Ads by

Consumer Reports.org    Consumer Reports.org  |  Cars | Appliances  |  Electronics | Home & Garden | Babies & kids |  Money  |  Shopping

Customer Service  |  My Account  |  Donate  |  Our Web Sites       Sign-In  |  Subscribe

**Consumer Reports Health.org**

📺 News   📝 Blogs   🎬 Video   👥 Health Experts   🤝 Health Advocacy

[ Search ]

Healthy Living    Conditions & Treatments    Prescription Drugs    Natural Health    Doctors & Hospitals    Insurance

## 12 supplements you should avoid
Last reviewed: September 2010

These supplement ingredients are among those linked by clinical research or case reports to serious side effects. We worked with the Natural Medicines Comprehensive Database, an independent research group that evaluates the safety and effectiveness of nutritional supplements, to develop this list. We think it's wise to avoid all the ingredients on it. Unless otherwise noted, there's insufficient evidence to rate their effectiveness for their purported uses. Dangers listed are not meant to be all-inclusive.

| NAME (also known as) | PURPORTED USES | POSSIBLE DANGERS | COMMENTS |
|---|---|---|---|
| ACONITE (aconiti tuber, aconitum, radix aconiti) | Inflammation, joint pain, wounds, gout. | Toxicity, nausea, vomiting, low blood pressure, respiratory-system paralysis, heart-rhythm disorders, death. | Unsafe. Aconite is the most common cause of severe herbal poisoning in Hong Kong. |
| BITTER ORANGE (aurantii fructus, Citrus aurantium, zhi shi) | Weight loss, nasal congestion, allergies. | Fainting, heart-rhythm disorders, heart attack, stroke, death. | *Possibly unsafe.* Contains synephrine, which is similar to ephedrine, banned by the FDA in 2004. Risks might be higher when taken with herbs that contain caffeine. |
| CHAPARRAL (creosote bush, Larrea divaricata, larreastat) | Colds, weight loss, infections, inflammation, cancer, detoxification. | Liver damage, kidney problems. | Likely unsafe. The FDA advises people not to take chaparral. |
| COLLOIDAL SILVER (ionic silver, native silver, Silver in suspending agent) | Fungal and other infections, Lyme disease, rosacea, psoriasis, food poisoning, chronic fatigue syndrome, HIV/AIDS. | Bluish skin, mucous membrane discoloration, neurological problems, kidney damage. | Likely unsafe. The FDA advised consumers about the risk of discoloration on Oct. 6, 2009. |
| COLTSFOOT (coughwort, farfarae folium leaf, foalswort) | Cough, sore throat, laryngitis, bronchitis, asthma. | Liver damage, cancer. | Likely unsafe. |
| COMFREY (blackwort, common comfrey, slippery root) | Cough, heavy menstrual periods, chest pain, cancer. | Liver damage, cancer. | Likely unsafe. The FDA advised manufacturers to remove comfrey products from the market in July 2001. |
| COUNTRY MALLOW (heartleaf, Sida cordifolia, silky white mallow) | Nasal congestion, allergies, asthma, weight loss, bronchitis. | Heart attack, heart arrhythmia, stroke, death. | Likely unsafe. Possible dangers linked with its ephedrine alkaloids banned by the FDA in 2004. |
| GERMANIUM (Ge, Ge-132, germanium-132) | Pain, infections, glaucoma, liver problems, arthritis, osteoporosis, heart disease, HIV/AIDS, cancer. | Kidney damage, death. | Likely unsafe. The FDA warned in 1993 that it was linked to serious adverse events. |
| GREATER CELANDINE (celandine, chelidonii herba, Chelidonium majus) | Upset stomach, irritable bowel syndrome, liver disorders, detoxification, cancer. | Liver damage. | Possibly unsafe. |
| KAVA (ava, Piper methysticum, kava- | Anxiety (possibly | Liver damage. | Possibly unsafe. The FDA issued a warning to consumers in March |

Not a member?
Subscribe Now!

Member sign-in
Username:

Password:

☐ Remember me

[ Sign-In ]

Forgot username?
Forgot password?

Consumer Reports Health.org
SUBSCRIBE ONLINE
Join today & get 24/7 online access to:
✔ Treatment Ratings
✔ Best Buy Drugs
✔ Healthy Living Advice
[ SUBSCRIBE ]



+ 2 Free Gifts



[ SUBSCRIBE NOW ]

Join our FREE E-Mail Newsletters

Heart
Healthy After 50
Women
[ SIGN UP NOW ]

**EXHIBIT 3**

| | | Liver damage. | 2002. Banned in Germany, Canada and Switzerland. | ConsumerReportsHealth.org: Site Map | User Agreement | Your Privacy Rights | en Español | Subscribe | | FREE Newsletter |
| BEHIND OUR RATINGS | | | | | | Sign up for our FREE |
| We create unbiased health | Who We Are: About Us | Our mission | | Our Health Ratings | Career Opportunities | Bookstore | E-mail | | updates delivered by e-mail. |
| ratings to help you make | Coughing, bronchitis, | Irregular heartbeat, | | Newsletters | | |
| better decisions. Learn | asthma, altering prescription drug | very low blood | FDA warned in 1993 | | | Sign up now |
| (valtrexed, vomit | cessation (possibly | pressure, coma, | that it was linked to | | | |
| wort) | ineffective). | possibly death. | serious adverse | | | Copyright © 2005-2010 |
| | | | events. | | | |
| YOHIMBE | | | | | | |
| Yohimbine | Consumers Union of U.S., Inc. | high blood | Liver doses can | Possibly unsafe for | | |
| Corynanthe yohimbe, | | pain, diabetic | cause high blood | use without medical supervision because it | | |
| Corynanthe (johimbi) | complications, | pressure, rapid heart | contains a prescription | | |
| | depression; erectile | rate; high doses can | drug, yohimbine. The | | |
| | dysfunction (possibly | cause severe low | FDA warned in 1993 | | |
| | effective). | blood pressure, heart | that reports of serious | | |
| | | problems, death. | adverse events were | | |
| | | | under investigation. | | |

Source: Natural Medicines Comprehensive Database, Professional Version, June 2010

8/18/2010

U. S. Food and Drug Administration
Center for Food Safety and Applied Nutrition
1993

# Illnesses and Injuries Associated with the Use of Selected Dietary Supplements

This list of selected dietary supplements associated with serious safety problems is found in the section entitled "Illnesses and Injuries Associated With the Use of Selected Dietary Supplements" of an out-of-print 1993 FDA document "Unsubstantiated Claims and Documented Health Hazards in the Dietary Supplement Marketplace."

*This document is presented for historical reference only and is no longer being maintained. For more current information, see the Dietary Supplements web page.*

Products marketed as "dietary supplements" include a diverse range of products, from traditional nutrients, such as vitamins or minerals, to such substances as high-potency free amino acids, botanicals, enzymes, animal extracts, and bioflavanoids that often have no scientifically recognized role in nutrition.

There is currently no systematic evaluation of the safety of products marketed as dietary supplements. Dietary supplements routinely enter the marketplace without undergoing a safety review by FDA. Published studies on the safety of these products are extremely sparse. There is no systematic collection and review of adverse reaction reports for dietary supplements, as there is for drugs, and physicians rarely seek information about their patients' use of dietary supplements. Despite the lack of any system for gaining information about the risks of dietary supplements, an increased number of reports of adverse reactions to dietary supplement products has recently been recognized. Because of concern about these products, FDA has, in the last year, initiated an effort to collect and evaluate existing studies and case reports on safety problems associated with dietary supplements. As a result of that effort, FDA has begun to identify dietary supplements for which serious adverse reactions have been documented. A list of selected dietary supplements associated with serious safety problems follows. This list is not intended to include all hazardous ingredients in dietary supplements.

## I. Herbals

Herbal and other botanical ingredients of dietary supplements include processed or unprocessed plant parts (bark, leaves, flowers, fruits, and stems), as well as extracts and essential oils. They are available in a variety of forms, including water infusions (teas), powders, tablets, capsules, and elixirs, and may be marketed as single substances or in combination with other materials, such as vitamins, minerals, amino acids, and non-nutrient ingredients. Although data on the availability, consumer use, and health effects of herbals are very limited, some herbal ingredients have been associated with serious adverse health effects.

**A. Chaparral** (*Larrea tridentata*)

**EXHIBIT 4**

Chaparral, commonly called the creosote bush, is a desert shrub with a long history of use as a traditional medicine by Native Americans. Chaparral is marketed as a tea, as well as in tablet, capsule, and concentrated extract form, and has been promoted as a natural antioxidant "blood purifier," cancer cure, and acne treatment. At least six cases (five in the United States and one in Canada) of acute non-viral hepatitis (rapidly developing liver damage) have been associated with the consumption of chaparral as a dietary supplement. Additional cases have been reported and are under investigation. In the majority of the cases reported thus far, the injury to the liver resolves over time, after discontinuation of the product. In at least two patients, however, there is evidence that chaparral consumption caused irreversible liver damage. One patient suffered terminal liver failure requiring liver transplant.

Most of these cases are associated with the consumption of single ingredient chaparral capsules or tablets; however, a few of the more recent cases appear to be associated with consumption of multi-ingredient products (capsules, tablets or teas) that contain chaparral as one ingredient. Chemical analyses have identified no contaminants in the products associated with the cases of hepatitis. Products from at least four different distributors and from at least two different sources have been implicated thus far.

After FDA's health warning, many distributors of chaparral products voluntarily removed the products from the market in December of 1992. Some chaparral products remain on the market, however, and other distributors who removed their products from the market are seeking to clarify the status of these products.

**B. Comfrey** (*Symphytum officinale* (common comfrey), *S. asperum* (prickly comfrey), *S. X uplandicum* (Russian comfrey))

Preparations of comfrey, a fast-growing leafy plant, are widely sold in the United States as teas, tablets, capsules, tinctures, medicinal poultices, and lotions. Since 1985, at least seven cases of hepatic veno-occlusive disease—obstruction of blood flow from the liver with potential scarring (cirrhosis)—including one death, have been associated with the use of commercially available oral comfrey products.

Comfrey, like a number of other plants (e.g., *Senecio* species), contains pyrrolizidine alkaloids. The toxicity of pyrrolizidine alkaloids to humans is well-documented. Hepatic veno-occlusive disease following ingestion of pyrrolizidine alkaloid-containing products, has been documented repeatedly throughout the world. Hepatic veno-occlusive disease is usually acute and may result in fatal liver failure. In less severe cases, liver disease may progress to a subacute form. Even after apparent recovery, chronic liver disease, including cirrhosis, has been noted. Individuals who ingest small amounts of pyrrolizidine alkaloids for a prolonged period may also be at risk for development of hepatic cirrhosis. The diagnosis of pyrrolizidine alkaloid-induced hepatic veno-occlusive disease is complex, and the condition is probably underdiagnosed.

The degree of injury caused by pyrrolizidine alkaloid-containing plants, like comfrey, is probably influenced by such factors as the age of the user, body mass, gender, and hepatic function, as well the total cumulative dose ingested and the type of exposure (i.e., whether exposure was to leaves or roots, infusions or capsules). Infants in general appear to be particularly susceptible to adverse effects of exposure to pyrrolizidine alkaloids; there are reports of infants developing hepatic veno-occlusive disease following acute exposure of less than one week. Transplacental pyrrolizidine poisoning has been suggested by the occurrence of hepatic disease in the newborn infant of a woman who consumed herbal tea during pregnancy.

Although liver damage is the major documented form of injury to humans from pyrrolizidine alkaloid-containing herbals, animal studies suggest that their toxicity is much broader. Animals exposed to pyrrolizidine alkaloids have developed a wide range of pulmonary, kidney and gastro-intestinal pathologies. Pyrrolizidine alkaloid-containing plants, including comfrey, have also been shown to cause cancer in laboratory animals.

Four countries (the United Kingdom, Australia, Canada, and Germany) have recently restricted the availability of products containing comfrey, and other countries permit use of comfrey only under a physician's prescription.

## C. Yohimbe (*Pausinystalia yohimbe*)

Yohimbe is a tree bark containing a variety of pharmacologically active chemicals. It is marketed in a number of products for body building and "enchanced male performance." Serious adverse effects, including renal failure, seizures and death, have been reported to FDA with products containing yohimbe and are currently under investigation.

The major identified alkaloid in yohimbe is yohimbine, a chemical that causes vasodilation, thereby lowering blood pressure. Yohimbine is also a prescription drug in the United States. Side effects are well recognized and may include central nervous system stimulation that causes anxiety attacks. At high doses, yohimbine is a monoamine oxidase (MAO) inhibitor. MAO inhibitors can cause serious adverse effects when taken concomitantly with tyramine-containing foods (e.g., liver, cheeses, red wine) or with over-the-counter (OTC) products containing phenylpropanolamine, such as nasal decongestants and diet aids. Individuals taking yohimbe should be warned to rigorously avoid these foods and OTC products because of the increased likelihood of adverse effects.

Yohimbe should also be avoided by individuals with hypotension (low blood pressure), diabetes, and heart, liver or kidney disease. Symptoms of overdosage include weakness and nervous stimulation followed by paralysis, fatigue, stomach disorders, and ultimately death.

## D. Lobelia (*Lobelia inflata*)

Lobelia, also known as Indian tobacco, contains pyridine-derived alkaloids, primarily lobeline. These alkaloids have pharmacological actions similar to, although less potent than, nicotine. There have been several reported cases of adverse reactions associated with consumption of dietary supplements containing lobelia.

Depending on the dose, lobeline can cause either autonomic nervous system stimulation or depression. At low doses, it produces bronchial dilation and increased respiratory rate. Higher doses result in respiratory depression, as well as sweating, rapid heart rate, hypotension, and even coma and death. As little as 50 milligrams of dried herb or a single milliliter of lobelia tincture has caused these reactions.

Because of its similarity to nicotine, lobelia may be dangerous to susceptible populations, including children, pregnant women, and individuals with cardiac disease. Lobelia is nevertheless found in dietary supplement products that are marketed for use by children and infants, pregnant women, and smokers.

## E. Germander (*Teucrium* genus)

Germander is the common name for a group of plants that are contained in medicinal teas, elixirs and capsules or tablets, either singly or in combination with other herbs, and marketed for the treatment of obesity and to facilitate weight loss.

Since 1986, at least 27 cases of acute nonviral hepatitis (liver disease), including one death, have been associated with the use of commercially available germander products in France. These cases show a clear temporal relationship between ingestion of germander and onset of hepatitis, as well as the resolution of symptoms when the use of germander was stopped. In 12 cases, re-administration of germander was followed by prompt recurrence of hepatitis. Recovery occurred gradually in most cases, approximately two of six months after withdrawal of germander. Analyses of these cases does not indicate a strong relationship

between the dosage or duration of ingestion and the occurrence of hepatitis.

Although the constituent in germander responsible for its hepatic toxicity has not been identified, germander contains several chemicals, including polyphenols, tannins, diterpenoids, and flavonoids.

On the basis of the 27 French hepatitis cases, the French Ministry of Health has forbidden the use of germander in drugs. Its use has been restricted in other countries.

### F. Willow Bark (*Salix* species)

Willow bark has long been used for its analgesic (pain killing), antirheumatic, and antipyretic (fever-reducing) properties. Willow bark is widely promoted as an "aspirin-free" analgesic, including in dietary supplement products for children. Because it shares the same chemical properties and the same adverse effects as aspirin, this claim is highly misleading. The "aspirin-free" claim is particularly dangerous on products marketed, without warning labels, for use by children and other aspirin-sensitive individuals.

The pharmacologically active component in willow bark is "salicin," a compound that is converted to salicylic acid by the body after ingestion. Both willow bark and aspirin are salicylates, a class of compounds that work by virtue of their salicylic acid content. Aspirin (acetylsalicylic acid) is also converted to salicylic acid after ingestion.

All salicylates share substantially the same side effects. The major adverse effects include irritation of the gastric mucosa (a particular hazard to individuals with ulcer disease), adverse effects when used during pregnancy (including stillbirth, bleeding, prolonged gestation and labor, and low-birth-weight infants), stroke, and adverse effects in children with fever and dehydration. Children with influenza or chickenpox should avoid salicylates because their use, even in small doses, is associated with development of Reye syndrome, which is characterized by severe, sometimes fatal, liver injury. Salicylate intoxication (headache, dizziness, ringing in ears, difficulty hearing, dimness of vision, confusion, lassitude, drowsiness, sweating, hyperventilation, nausea, vomiting, and central nervous system disturbances in severe cases) may occur as the result of over-medication, or kidney or liver insufficiency. Hypersensitivity, manifested by itching, broncho-spasm and localized swelling (which may be life-threatening), can occur with very small doses of salicylates, and may occur even in those without a prior history of sensitivity to salicylates. Approximately 5 percent of the population is hypersensitive to salicylates.

### G. Jin Bu Huan

Jin Bu Huan is a Chinese herbal product whose label claims that it is good for "insomnia due to pain," ulcer, "stomachic ¬sic¦ neuralgia, pain in shrunken womb after childbirth, nervous insomnia, spasmodic cough, and etc." Jin Bu Huan has been recently reported to be responsible for the poisoning of at least three young children (ages 13 months to 2 2 years), who accidentally ingested this product. The children were hospitalized with rapid-onset, life-threatening bradycardia (very low heart rate), and central nervous system and respiratory depression. One child required intubation (assisted breathing). All three ultimately recovered following intensive medical care.

Although the product label identified the plant source for Jin Bu Huan as *Polygala chinensis*, this appears to be incorrect since preliminary analyses indicate the presence of tetrahydropalmatine (THP), a chemical not found in *Polygala*. THP is found, however, in high concentrations in plants of certain *Stephania* species. In animals, exposure to THP results in sedation, analgesia, and neuromuscular blockade (paralysis). The symptoms of the three children are consistent with these effects.

An additional case of THP toxicity, reported in the Netherlands, appears to be associated with the same product, and is being investigated.

**H. Herbal products containing *Stephania* and *Magnolia* species**

A Chinese herbal preparation containing *Stephania* and *Magnolia* species that was sold as a weight-loss treatment in Belgium has been implicated recently as a cause of severe kidney injury in at least 48 women. These cases were only discovered by diligent investigations by physicians treating two young women who presented with similar cases of rapidly progressing kidney disease that required renal dialysis. Once it was determined that both these women had used the herbal diet treatment, further investigation of kidney dialysis centers in Belgium found a total of 48 individuals with kidney injury who had used the herbal product.

At the time that a report of these adverse effects was published in February 1993, 18 of the 48 women had terminal kidney failure that will require either kidney transplantation or life-long renal dialysis.

**I. Ma huang**

Ma huang is one of several names for herbal products containing members of the genus *Ephedra*. There are many common names for these evergreen plants, including squaw tea and Mormon tea. Serious adverse effects, including hypertension (elevated blood pressure), palpitation (rapid heart rate), neuropathy (nerve damage), myopathy (muscle injury), psychosis, stroke, and memory loss, have been reported to FDA with products containing Ma huang as ingredients and are currently under investigation.

The *Ephedras* have been shown to contain various chemical stimulants, including the alkaloids ephedrine, pseudoephedrine and norpseudoephedrine, as well as various tannins and related chemicals. The concentrations of these alkaloids depends upon the particular species of *Ephedra* used. Ephedrine and pseudoephedrine are amphetamine-like chemicals used in OTC and prescription drugs. Many of these stimulants have known serious side effects.

Ma huang is sold in products for weight control, as well as in products that boost energy levels. These products often contain other stimulants, such as caffeine, which may have synergistic effects and increase the potential for adverse effects.

# II. Amino Acids

Amino acids are the individual constituent parts of proteins. Consumption of foods containing intact proteins ordinarily provides sufficient amounts of the nine amino acids needed for growth and development in children and for maintenance of health of adults. The safety of amino acids in this form is generally not a concern. When marketed as dietary supplements, amino acids are sold as single compounds, in combinations of two or more amino acids, as components of protein powders, as chelated single compounds, or in chelated mixtures. Amino acids are promoted for a variety of uses, including body-building. Some are promoted for claimed pharmacologic effects.

The Federation of American Societies for Experimental Biology (FASEB) recently conducted an exhaustive search of available data on amino acids and concluded that there was insufficient information to establish a safe intake level for any amino acids in dietary supplements, and that their safety should not be assumed. FASEB warned that consuming amino acids in dietary supplement form posed potential risks for several subgroups of the general population, including women of childbearing age (especially if pregnant or nursing), infants, children, adolescents, the elderly, individuals with inherited disorders of amino acid metabolism, and individuals with certain diseases.

At least two of the amino acids consumed in dietary supplements have also been associated with serious injuries in healthy adults.

## A. L-tryptophan

L-tryptophan is associated with the most serious recent outbreak of illness and death known to be due to consumption of dietary supplements. In 1989, public health officials realized that an epidemic of eosinophilia-myalgia syndrome (EMS) was associated with the ingestion of L-tryptophan in a dietary supplement. EMS is a systemic connective tissue disease characterized by severe muscle pain, an increase in white blood cells, and certain skin and neuromuscular manifestations.

More than 1,500 cases of L-tryptophan-related EMS have been reported to the national Centers for Disease Control and Prevention. At least 38 patients are known to have died. The true incidence of L-tryptophan-related EMS is thought to be much higher. Some of the individuals suffering from L-tryptophan-related EMS have recovered, while other individuals' illnesses have persisted or worsened over time.

Although initial epidemiologic studies suggested that the illnesses might be due to impurities in an L-tryptophan product from a single Japanese manufacturer, this hypothesis has not been verified, and additional evidence suggests that L-tryptophan itself may cause or contribute to development of EMS. Cases of EMS and related disorders have been found to be associated with ingestion of L-tryptophan from other batches or sources of L-tryptophan. These illnesses have also been associated with the use of L-5-hydroxytryptophan, a compound that is closely related to L-tryptophan, but is not produced using the manufacturing process that created the impurities in the particular Japanese product.

## B. Phenylalanine

A number of illnesses, including those similar to the eosinophilia myalgia syndrome (EMS) associated with L-tryptophan consumption, have been reported to FDA in individuals using dietary supplements containing phenylalanine. There are also published reports of scleroderma/scleroderma-like illnesses, which have symptoms similar to EMS, occurring in children with poorly controlled blood phenylalanine levels, as well as in those with phenylketonuria (PKU), a genetic disorder characterized by the inability to metabolize phenylalanine.

# III. Vitamins and Minerals

Vitamin and mineral dietary supplements have a long history of use at levels consistent with the Recommended Dietary Allowances (RDA's) or at low multiples of the RDA's, and are generally considered safe at these levels for the general population. Intakes above the RDA, however, vary widely in their potential for adverse effects. Certain vitamins and minerals that are safe when consumed at low levels are toxic at higher doses. The difference between a safe low dose and a toxic higher dose is quite large for some vitamins and minerals and quite small for others.

## A. Vitamin A

Vitamin A is found in several forms in dietary supplements. Preformed vitamin A (vitamin A acetate and vitamin A palmitate) has well-recognized toxicity when consumed at levels of 25,000 International Units (IU) per day, or higher. (Beta-carotene does not have the potential for adverse effects that the other forms of vitamin A do, because high intakes of beta-carotene are converted to vitamin A in the body at much lower levels). The RDA for vitamin A is 1,000 retinol equivalents (RE) for men, which is equivalent to 3,300 IU of preformed vitamin A, and 80 percent of these amounts for women.

The adverse effects associated with consumption of vitamin A at 25,000+ IU include severe liver injury (including cirrhosis), bone and cartilage pathologies, elevated intracranial pressure, and birth defects in

infants whose mothers consumed vitamin A during pregnancy. Groups especially vulnerable to vitamin A toxicity are children, pregnant women, and those with liver disease caused by a variety of factors, including alcohol, viral hepatitis, and severe protein-energy malnutrition.

There are some studies that suggest vitamin A toxicity has occurred at levels of ingestion below 25,000 IU. In addition, the severity of the injuries that occur at 25,000 IU suggests that substantial, but less severe and less readily recognized, injuries probably occur at somewhat lower intakes. Most experts recommend that vitamin A intake not exceed 10,000 IU for most adults or 8,000 IU for pregnant and nursing women.

## B. Vitamin B6

Neurologic toxicity, including ataxia (alteration in balance) and sensory neuropathy (changes in sensations due to nerve injury), is associated with intake of vitamin B6 (pyridoxine) supplements at levels above 100 milligrams per day. As little as 50 milligrams per day has caused resumption of symptoms in an individual previously injured by higher intakes. The RDA for vitamin B6 is 2 milligrams. Vitamin B6 is marketed in capsules containing dosages in the 100-, 200-, and 500-milligrams range.

## C. Niacin (nicotinic acid and nicotinamide)

Niacin taken in high doses is known to cause a wide range of adverse effects. The RDA for niacin is 20 milligrams. Niacin is marketed in dietary supplements at potencies of 250 mg, 400 mg, and 500 mg, in both immediate and slow-release formulations. Daily doses of 500 mg from slow-release formulations, and 750 mg of immediate-release niacin, have been associated with severe adverse reactions, including gastrointestinal distress (burning pain, nausea, vomiting, bloating, cramping, and diarrhea) and mild to severe liver damage. Less common, but more serious (in some cases life-threatening), reactions include liver injury, myopathy (muscle disease), maculopathy of the eyes (injury to the eyes resulting in decreased vision), coagulopathy (increased bleeding problems), cytopenia (decreases in cell types in the blood), hypotensive myocardial ischemia (heart injury caused by too low blood pressure), and metabolic acidosis (increases in the acidity of the blood and urine).

Niacin (nicotinic acid) is approved as a prescription drug to lower cholesterol. Many of the observed adverse reactions have occurred when patients have switched to OTC formulations of niacin, and particularly when they have switched from immediate-release formulations to dietary supplements containing slow-release niacin formulations without the knowledge of their physicians.

## D. Selenium

Selenium is a mineral found in dietary supplement products. At high doses (approximately 800 to 1,000 micrograms per day), selenium can cause tissue damage, especially in tissues or organs that concentrate the element. The toxicity of selenium depends upon the chemical form of selenium in the ingested supplement and upon the selenium levels in the foods consumed. Human injuries have occurred following ingestion of high doses over a few weeks.

# IV. Other Products Marked as Dietary Supplements

## A. Germanium

Germanium is a nonessential element. Recently, germanium has been marketed in the form of inorganic germanium salts and novel organogermanium compounds, as a "dietary supplement." These products are promoted for their claimed immunomodulatory effects or as "health-promoting" elixirs. Germanium supplements, when used chronically, have caused nephrotoxicity (kidney injury) and death. Since 1982, there

have been 20 reported cases of acute renal failure, including two deaths, attributed to oral intakes of germanium elixirs. In surviving patients, kidney function has improved after discontinuation of germanium, but none of the patients have recovered normal kidney function.

One particular organogermanium compound, an azaspiran organogermanium, has been studied for its potential use as an anticancer drug. Forty percent of the patients in this study experienced transient neurotoxicity (nerve damage), and two patients developed pulmonary toxicity. Because of these side effects, medically supervised administration of this drug with monitoring for toxicity has been recommended for those using germanium chronically.

This document was published in 1993.
For more recent information on Dietary Supplements
See http://www.cfsan.fda.gov/~dms/supplmnt.html

Dietary Supplements

Foods Home  |  FDA Home  |  Search/Subject Index  |  Disclaimers & Privacy Policy

Hypertext updated by ear/kwg/cjm 2005-AUG-29

Appointments | Jobs | About Mayo Clinic

return to home

Aug. 18, 2010

| Enter search term here | SEARCH | Diseases and Conditions | Symptoms | Drugs & Supplements |



Home   Diseases and Conditions   Erectile dysfunction   Expert Answers   'Herbal viagra': Is it safe?

# Erectile dysfunction

Basics   In-Depth   Multimedia   Expert Answers   Resources

Print   Share   Reprints



with Mayo Clinic endocrinologist
**Todd B. Nippoldt, M.D.**
read biography

**Question**

'Herbal viagra': Is it safe?

Is "herbal viagra" safe?

**Answer**
from Todd B. Nippoldt, M.D.

Be wary of any product that claims to be a natural form of Viagra. Herbal supplements aren't required to undergo the testing that prescription and over-the-counter medications are — so it's often difficult to say which ones are safe or effective.

Sildenafil (Viagra) is a prescription medication used to treat erectile dysfunction. It works by increasing blood flow to the penis when you become sexually aroused. Some "herbal viagra" supplements are advertised as a cheaper alternative, available without a prescription.

Some of these products do contain substances that improve blood flow by relaxing the walls of blood vessels. However, none of them focuses specifically on blood vessels in the penis, as do Viagra and similar prescription drugs. As a result, these so-called "herbal viagras" can cause dangerously low blood pressure in some men — particularly men who take nitrate medications for heart problems.

Another reason to be wary is that you can't be certain what you're taking. Some products marketed as "herbal viagras" have been pulled off the market because they contain undeclared prescription medications. It can be dangerous to take supplements that contain unknown amounts of prescription medications or other unidentified ingredients.

Some natural remedies may be viable options for easing erectile dysfunction. Examples of herbal remedies used for sexual problems include ginseng, ginkgo, L-arginine and yohimbe. However, there's still limited evidence on how well they work — and some have known dangers. For example, yohimbe can interact with prescription medications and increase heart rate and blood pressure.

If you have erectile dysfunction, see your doctor to make sure it isn't caused by an underlying health problem or isn't a side effect of medications you take. Your safest bet in treating erectile problems is to rely on your doctor's evaluation and recommendations. Before using any herbal remedy or supplement, check with your doctor to make sure it's safe for you.

**See Also**

Erectile dysfunction herbs: A natural treatment for ED?

**References**

Feb. 2, 2010                                                              AN00702

Get free personalized health guidance for you and your family.

GET STARTED

**Free E-Newsletters**

Subscribe to receive the latest updates on health topics.

About our newsletters
☐ Housecall
☐ Alzheimer's caregiving
☐ Living with cancer
| Enter e-mail |
SUBSCRIBE

**RSS Feeds**

**VIAGRA ®** www.PfizerPro.com/Viagra
Get VIAGRA (sildenafil citrate)
Prescribing Info at PfizerPro.com

Check out these best-sellers and special offers on books and newsletters from Mayo Clinic.

Official Mayo Clinic for ANXIETY

The Mayo Clinic Plan for Healthy Aging
Try Mayo Clinic Health Letter free!
Back & Lifting Safety
Bird Safety & Lifting Training Materials
For Your Business.

Ads by Google

Advertising and sponsorship policy
Advertising and sponsorship opportunities

© 1998-2010 Mayo Foundation for Medical Education and Research (MFMER). All rights reserved. A single copy of these materials may be reprinted for noncommercial personal use only. "Mayo," "Mayo Clinic," "MayoClinic.com," "EmbodyHealth," "Enhance your life," and the triple-shield Mayo Clinic logo are trademarks of Mayo Foundation for Medical Education and Research.

**EXHIBIT 5**

Privacy policy (Updated July 8, 2010)    Terms and conditions of use policy (Updated July 8, 2010)

LEGAL CONDITIONS AND TERMS OF USE APPLICABLE TO ALL USERS OF THIS SITE. ANY USE OF THIS SITE
CONSTITUTES YOUR AGREEMENT TO THESE TERMS AND CONDITIONS OF USE.

© 1998-2010 Mayo Foundation for Medical Education and Research. All rights reserved.

 We comply with the HONcode standard for trustworthy health information: verify here.



**EXHIBIT 6**