|   |   |
|---|---|
| 1 | NEWPORT TRIAL GROUP |
| 2 | A Professional Corporation |
|   | Scott J. Ferrell, Bar No. 202091 |
| 3 | sferrell@trialnewport.com |
| 4 | James B. Hardin, Bar No. 205071 |
|   | jhardin@trialnewport.com |
| 5 | Michael E. Velarde, Bar No. 266272 |
| 6 | mvelarde@trialnewport.com |
|   | 895 Dove Street, Suite 425 |
| 7 | Newport Beach, CA  92660 |
| 8 | Tel: (949) 706-6464 |
|   | Fax: (949) 706-6469 |

**JS-6**

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JAMES GRAY, individually; and on behalf of all others similarly situated; | Case No.  8:10-cv-01434-AG(JCx) |
|---|---|
| Plaintiffs, | **ORDER RE VOLUNTARY DISMISSAL** |
| vs. | |
| GNC CORPORATION; and DOES 1-20, Inclusive, | Complaint filed:    August 18, 2010 |
| Defendants. | |

///

///

1

ORDER RE VOLUNTARY DISMISSAL

|  |  |
|---|---|
| 1 | In light of the stipulation of dismissal with prejudice between Plaintiff JAMES GRAY and GNC CORPORATION, the Court HEREBY ORDERS this matter DISMISSED with prejudice. |
| 2 |  |
| 3 |  |
| 4 | DATED: September 1, 2011 |
| 5 | _____ |
| 6 | United States District Judge |
| 7 | Andrew J. Guilford |

(Signature of Andrew J. Guilford above signature line)

2

[PROPOSED] ORDER RE VOLUNTARY DISMISSAL